IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                            CASE NO. 1:04-cr-00009-MP-AK

MOHAMMED AHMED,

    Defendant.
_____/

**FINAL ORDER OF FORFEITURE**

This cause is before the Court on Doc. 37, the Government's Motion for Entry of Final Order of Forfeiture as to the following property:

1. One (1) SmartDisk FireLite Hard Drive

    Model #USBFLB40

    Lot # JH3820

2. One (1) VPR Matrix Laptop Computer

    Serial Number Q02-C31-200-A15-51N (110-200A5)

    With AC Adapter and cords

3. One (1) Nokia cell phone/camera phone

    Serial Number 353383/00/098698/7

WHEREAS, on September 24, 2004, this Court entered a Preliminary Order Of Forfeiture against the property described above; and

WHEREAS, on August 7, 2005, the United States of America caused to be published in the Gainesville Sun, a newspaper of general circulation, notice of the forfeiture of the property above and the intent of the United States of America to dispose of the property in accordance

with the law, and further notifying all third parties of their right to petition within thirty (30) days of the final publication setting forth their interest in said property; and

WHEREAS, no other persons or entities having an interest in the above-referenced property have timely filed petitions, it is hereby

**ORDERED AND ADJUDGED:**

1. That the right, title and interest to the above-referenced property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

**DONE AND ORDERED** this   *7th* day of October, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge