| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:04CR9-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Mohammed Ahmed 2870 Pharr Court South, Unit 606 Atlanta, GA 30305 | DISTRICT Florida Northern | DIVISION Gainesville |
|---|---|---|
| | NAME OF SENTENCING JUDGE Maurice M. Paul, Sr. United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/5/2006   TO 5/4/2011 |

OFFENSE

Wire Fraud, Counts 1 through 15.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Georgia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

December 9, 2009
*Date*

*/s/ Maurice M. Paul*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 21, 2009
*Effective Date*

*United States District Judge*

Filed 1228'09 USDC FlnD 0337

KM